AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>Justin L. Wiegand<br><br>*Defendant(s)* | Case No. 3:25-mj-00082 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Dec. 10, 2023 - Jan. 19, 2025__ in the county of __Wayne__ in the __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2252A(a)(2) and 2252A(b)(1) | Receipt and Attempted Receipt of Child Pornography |

This criminal complaint is based on these facts:

On multiple occasions between Dec. 10, 2023, and Jan. 19, 2025, Justin L. Wiegand used PayPal and an encrypted messaging service to request, purchase, and receive child pornography in and around Kenova, Wayne Co., WV. For example, Wiegand admitted to paying approximately $50 to a PayPal account, which was known by law enforcement to facilitate the sale of child pornography, to receive videos via the Internet depicting prepubescent minors engaged in sexual activity with adult males. Wiegand admitted that he knew the images and videos he received contained child pornography. Law enforcement's review of Wiegand's account on the encrypted messaging service confirmed the receipt of child pornography on that account.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

DSS SA George F. Goll
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 12/3/2025

_____
*Judge's signature*

City and state: Huntington, West Virginia    Joseph K. Reeder, United States Magistrate Judge
*Printed name and title*